# Heritage Christian Schools of Ohio Inc.
## Balance Sheet
### As of January 29, 2021

|  | Jan 29, 21 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1030 Key Bank General | 210,490.64 |
| 1040 Key Designated | 1,381.16 |
| 1055 Bank | 84,938.82 |
| 1060 Petty Cash Main Office | 253.39 |
| 1070 Petty Cash Preschool | 114.24 |
| **Total Checking/Savings** | 297,178.25 |
| **Accounts Receivable** | |
| 1200 Accounts Receivable | 524,788.01 |
| 1250 Allowance for Doubtful Acc | -55,288.75 |
| **Total Accounts Receivable** | 469,499.26 |
| **Other Current Assets** | |
| 1100 E-Trade | 126.28 |
| 1400 Prepaid Expenses | 25,540.72 |
| Undeposited Funds | 8,869.12 |
| **Total Other Current Assets** | 34,536.12 |
| **Total Current Assets** | 801,213.63 |
| **Fixed Assets** | |
| 1500 Land | 30,000.00 |
| 1510 Building | |
| 1515 Acc. Dep. Building | -232,866.69 |
| 1510 Building - Other | 280,000.00 |
| **Total 1510 Building** | 47,133.31 |
| 1520 Building Improvements | |
| 1525 Acc. Dep. Building Imp | -515,312.62 |
| 1520 Building Improvements - Other | 678,785.36 |
| **Total 1520 Building Improvements** | 163,472.74 |
| 1530 Furniture and Equipment | |
| 1535 Acc. Dep. Furniture & Eq | -314,790.47 |
| 1530 Furniture and Equipment - Other | 319,078.86 |
| **Total 1530 Furniture and Equipment** | 4,288.39 |
| **Total Fixed Assets** | 244,894.44 |
| **Other Assets** | |
| 1512 Closing Costs (net of amor | 315.96 |
| **Total Other Assets** | 315.96 |
| **TOTAL ASSETS** | **1,046,424.03** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2000 Accounts Payable | 53.29 |
| **Total Accounts Payable** | 53.29 |
| **Other Current Liabilities** | |

# Heritage Christian Schools of Ohio Inc.
## Balance Sheet
### As of January 29, 2021

|  | Jan 29, 21 |
|---|---:|
| **2100 Notes Payable** | 582,914.45 |
| **2200 Accrued Interest** | 22,577.66 |
| **2320 Contract Wages Payable** | 29,419.20 |
| **2450 Deferred Revenue** | 430,125.00 |
| **Total Other Current Liabilities** | 1,065,036.31 |
| **Total Current Liabilities** | 1,065,089.60 |
| **Long Term Liabilities** | |
| **2600 PPP Loan** | 185,200.00 |
| **Total Long Term Liabilities** | 185,200.00 |
| **Total Liabilities** | 1,250,289.60 |
| **Equity** | |
| **3000 Equity** | -239,507.40 |
| **Net Income** | 35,641.83 |
| **Total Equity** | -203,865.57 |
| **TOTAL LIABILITIES & EQUITY** | 1,046,424.03 |